■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE VALDEZ, Appellant. [995 NYS2d 77]—

Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered August 13, 2012, convicting defendant, upon his plea guilty, of criminal sale of a controlled substance in the third degree, and sentencing him to a term of one year, unanimously affirmed.

Defendant made a valid waiver of his right to appeal (*see People v Ramos,* 7 NY3d 737 [2006]; *People v Lopez,* 6 NY3d 248 [2006]). Regardless of whether defendant made a valid waiver of his right to appeal, the court properly denied defendant's sup-

pression motion. Defendant's present suppression arguments are unpreserved and we decline to review them in the interest of justice. We note that the People were never placed on notice of any need to develop the record (*see People v Martin*, 50 NY2d 1029 [1980]; *People v Tutt*, 38 NY2d 1011 [1976]) as to the particular issues defendant now raises. As an alternative holding, we find that the hearing record, and the reasonable inferences to be drawn therefrom, support the conclusion that defendant was lawfully seized pursuant to the fellow officer rule. Concur— Friedman, J.P., Acosta, Saxe, Manzanet-Daniels and Gische, JJ.